```
PAMELA THOMPSON HYATT            BIENVILLE ORTHOPEDICS         COMENITY CAPITAL BANK
9176 HWY 613                     6300 E LAKE BLVD              P.O. BOX 183003
LUCEDALE, MS 39452               VANCLEAVE, MS 39565           COLUMBUS, OH 43218-3003


THOMAS C. ROLLINS, JR.           BRYANT STATE BANK             COMMUNITY MEDICAL CENT
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY DEPT         P.O. BOX 1007
P.O. BOX 13767                   PO BOX 215                    LUCEDALE, MS 39452-1007
JACKSON, MS 39236                BRYANT, SD 57221


AFFIRM, INC.                     CALIBER COLLISION             COMMUNITY SURGICAL CEN
ATTN: BANKRUPTCY                 4127 BIENVILLE BLVD           57 DEWEY ST
650 CALIFORNIA ST                OCEAN SPRINGS, MS 39564       LUCEDALE, MS 39452
FL 12
SAN FRANCISCO, CA 94108


AFTERPAY                         CAPITAL ONE                   CONCORA CREDIT
222 KEARNY ST #600               ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
SAN FRANCISCO, CA 94103          PO BOX 30285                  PO BOX 4477
                                 SALT LAKE CITY, UT 84130      BEAVERTON, OR 97076


ALLY CREDIT CARD                 CHERRY TECHNOLOGIES           CONTINENTAL FINANCE CO
PO BOX 9222                      ATTN: BANKRUPTCY              ATTN: BANKRUPTCY DEPT
OLD BETHPAGE, NY 11804           2261 MARKET STREET            PO.BOX 3220
                                 #4869                         BUFFALO, NY 14240
                                 SAN FRANCISCO, CA 94114


ASPIRE CREDIT CARD               COMENITY                      CONTINENTAL FINANCE CO
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 105555                    PO BOX 182125                 4550 NEW LINDEN
ATLANTA, GA 30348                COLUMBUS, OH 43218            HILL RD
                                                               WILMINGTON, DE 19808


AVANT                            COMENITY BANK                 CORTRUST BANK
222 NORTH LASALLE ST             ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
SUITE 1600                       PO BOX 182125                 PO BOX 7030
CHICAGO, IL 60601                COLUMBUS, OH 43218            MITCHELL, SD 57301


BARBARA HADEN                    COMENITY BANK                 CREDIT ONE BANK
10202 HIGHWAY 613                ATTN: BANKRUPTCY DEPT         ATTN: BANKRUPTCY DEPT
LUCEDALE, MS 39452               PO BOX 182125                 6801 CIMARRON RD
                                 COLUMBUS, OH 43218            LAS VEGAS, NV 89113


BEST EGG                         COMENITY CAPITAL BANK         CURTIS HYATT
ATTN: BANKRUPTCY                 BANKRUPTCY DEPART             9176 HWY 613
PO BOX 42912                     PO BOX 182125                 LUCEDALE, MS 39452-3450
PHILADELPHIA, PA 19101           COLUMBUS, OH 43218
```

```
DISCOVER FINANCIAL            GEORGE REGIONAL HEALTH        SBA
ATTN: BANKRUPTCY              15 LONDON ST                  C/O US ATTY GEN
PO BOX 30943                  LUCEDALE, MS 39452            950 PENNSYLVANIA AVE
SALT LAKE CITY, UT 84130                                    WASHINGTON, DC 20530


DR EUGENE KEVIN O'HEA         KLARNA                        SEZZLE
697 MANILA ST                 PO BOX 8116                   251 N 1ST AVE
LUCEDALE, MS 39452            COLUMBUS, OH 43201            MINNEAPOLIS, MN 55401


EXPRESS SCRIPT                KWIKCASH, INC.                SHELLPOINT MORTGAGE
P.O. BOX 66562                9150 IRVINE CENTER DR         P.O. BOX 60535
SAINT LOUIS, MO 63166         IRVINE, CA 92618              CITY OF INDUSTRY, CA 91


FIRST NATAIONAL BANK          LINCOLN AUTOMOTIVE            SHERWIN WILLIAMS
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY              ACCTS RECEIVABLE DEPT
PO BOX 5097                   P.O. BOX 542000               1000 DELAWARE AVE
SIOUX FALLS, SD 57117         OMAHA, NE 68154               MCCOMB, MS 39648


FIRST NATIONAL BANK           MACY'S                        SINGING RIVER FCU
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY              6006 HIGHWAY 63
PO BOX 5097                   9111 DUKE BOULEVARD           MOSS POINT, MS 39563
SIOUX FALLS, SD 57117         MASON, OH 45040


FIRST PREMIER BANK            MERRICK BANK CORP             SPARROW FINANCIAL INC
3820 N LOUISE AVE             PO BOX 9201                   9450 SW GEMINI DRIVE
SIOUX FALLS, SD 57107         OLD BETHPAGE, NY 11804        BEAVERTON, OR 97008


FIRST SAVINGS BANK            PETAL CARD 1                  SYNCB
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY DEPT         ATTN: BANKRUPTCY
PO BOX 5096                   PO BOX 105168                 P.O. BOX 965065
SIOUX FALLS, SD 57117         ATLANTA, GA 30348             ORLANDO, FL 32896


GENESIS FS CARD SERV          SBA                           SYNCB
ATTN: BANKRUPTCY              2 N. 20TH ST., SUITE 3        ATTN: BANKRUPTCY
PO BOX 4477                   BIRMINGHAM, AL 35203          PO BOX 965065
BEAVERTON, OR 97076                                         ORLANDO, FL 32896


GEORGE CO. HOSPITAL           SBA                           SYNCHRONY BANK
P.O. BOX 607                  C/O US ATTORNEY'S OFFI        ATTN: BANKRUPTCY
LUCEDALE, MS 39452            501 E COURT ST                PO BOX 965060
                              STE. 4.430                    ORLANDO, FL 32896
                              JACKSON, MS 39201
```

```
TARGET CARD SERVICES
P.O. BOX 30171
TAMPA, FL 33630


TARGET NB
PO BOX 9475
MINNEAPOLIS, MN 55440


TBOM
14600 NORTHWEST
BEAVERTON, OR 97006
```