**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Pamela Thompson Hyatt, Debtor           Case No. 25-51786-KMS
                                                                          **CHAPTER 13**

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtor has filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, on or before February 5, 2026. Copies of the objection must be served on the Trustee, US Trustee, Debtor, and Attorney for Debtor.

Objections to confirmation will be heard and confirmation determined on February 12, 2026, at 10:00 AM in the Dan M. Russell, Jr. U.S. Courthouse, Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, MS 39501, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: December 4, 2025                          /s/ Thomas C. Rollins, Jr.
                                                                *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Pamela Thompson Hyatt** <br> Full Name (First, Middle, Last) | |
| Debtor 2 <br> (Spouse, if filing) | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | ☐ Check if this is an amended plan, and list below the sections of the plan that have been changed. |
| Case number: <br> (If known) | | |

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance  12/17

### Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

### Part 2: Plan Payments and Length of Plan

**2.1  Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2  Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$3,246.00**__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

        **Direct.**

---

APPENDIX D          Chapter 13 Plan          Page 1

Debtor    **Pamela Thompson Hyatt**                                    Case number

Joint Debtor shall pay ____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3    Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

Part 3:   **Treatment of Secured Claims**

**3.1    Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☐    **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)** **Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. §
☑ 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

**1** Mtg pmts to **Shellpoint Mortgage**
Beginning **December 2025** @ **$1,967.24** ☐ Plan ☑ Direct. Includes escrow ☑ Yes ☐ No

**2** Mtg pmts to **SBA**
Beginning **December 2025** @ **$232.00** ☑ Plan ☐ Direct. Includes escrow ☐ Yes ☑ No

**1** Mtg arrears to **SBA** Through **November 2025** **$464.00**

**3.1(b)** ☐ **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property **-NONE-** address:
Mtg pmts to
Beginning  month     @           Plan   Direct.   Includes escrow  Yes  No

Property **-NONE-**  Mtg arrears to           Through

**3.1(c)** ☐ **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor:   **-NONE-**           Approx. amt. due:               Int. Rate*:
Property Address:
Principal Balance to be paid with interest at the rate above:
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $
(Equal to Total Debt less Principal Balance)

| Debtor | **Pamela Thompson Hyatt** | Case number | |
|---|---|---|---|

Special claim for taxes/insurance: $ **-NONE-** /month, beginning    month .
(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

**3.2** **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3** **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| **Lincoln Automotive** | **2023 Ford Expedition 16000 miles** | **$73,435.00** | **10.00%** |

\*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4** **Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** **Surrender of collateral.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

**Part 4:** **Treatment of Fees and Priority Claims**

**4.1** **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3** **Attorney's fees.**

☑ No look fee: **4,600.00**

Total attorney fee charged:        $**4,600.00**

Attorney fee previously paid:      $**272.00**

Attorney fee to be paid in plan per confirmation order:    $**4,328.00**

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**Mississippi Chapter 13 Plan**                                       Page 3

Debtor    **Pamela Thompson Hyatt**                                    Case number _____

**4.4**   **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
   ☑   **None**. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5**   **Domestic support obligations.**

   ☑   **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Part 5: | **Treatment of Nonpriority Unsecured Claims** |
|---|---|

**5.1**   **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐   The sum of $
☑   **62.00** % of the total amount of these claims, an estimated payment of $ **71,547.94**
☑   The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**188.25** Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2**   **Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

   ☑   **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

| Part 6: | **Executory Contracts and Unexpired Leases** |
|---|---|

**6.1**   **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

   ☑   **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Part 7: | **Vesting of Property of the Estate** |
|---|---|

**7.1**   **Property of the estate will vest in the debtor(s) upon entry of discharge.**

| Part 8: | **Nonstandard Plan Provisions** |
|---|---|

**8.1**   **Check "None" or List Nonstandard Plan Provisions**
   ☐   **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**
 **\* % to unsecured claimholders shall be the minimum % to be paid to the unsecured class.**
 **\*\* amt to be determined by trustee from schedules A & B less hypothetical ch 7 liquidation costs**

| Part 9: | **Signatures:** |
|---|---|

**9.1**   **Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*
X   **/s/ Pamela Thompson Hyatt**                              X   _____

Debtor **Pamela Thompson Hyatt** Case number

**Pamela Thompson Hyatt**  
Signature of Debtor 1

Signature of Debtor 2

Executed on **November 25, 2025**

Executed on

**9176 Hwy 613**  
Address  
**Lucedale MS 39452-0000**  
City, State, and Zip Code

Address  

City, State, and Zip Code

Telephone Number

Telephone Number

X **/s/ Thomas C. Rollins, Jr.** Date **November 25, 2025**  
**Thomas C. Rollins, Jr. 103469**  
Signature of Attorney for Debtor(s)  
**P.O. Box 13767**  
**Jackson, MS 39236**  
Address, City, State, and Zip Code  
**601-500-5533**                                        **103469 MS**  
Telephone Number                       MS Bar Number  
**trollins@therollinsfirm.com**  
Email Address

**Mississippi Chapter 13 Plan**                   Page 5

# **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., attorney for the Debtor, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

Case Trustee
Office of the US Trustee

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: December 4, 2025                              /s/ Thomas C. Rollins, Jr.
                                                                 *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PAMELA THOMPSON HYATT

CASE NO: 25-51786-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 12/4/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/4/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PAMELA THOMPSON HYATT

CASE NO: 25-51786-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 12/4/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/4/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-51786-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU DEC 4 7-22-45 PST 2025 | FORD MOTOR CREDIT COMPANY LLC  CO AIS PORTF<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICI<br>PO BOX 10826<br>GREENVILLE  SC 29603-0826 |

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

AFTERPAY
222 KEARNY ST 600
SAN FRANCISCO  CA 94108-4509

ALLY CREDIT CARD
PO BOX 9222
OLD BETHPAGE  NY 11804-9222

ASPIRE CREDIT CARD
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA  GA 30348-5555

AVANT
222 NORTH LASALLE ST
SUITE 1600
CHICAGO  IL 60601-1112

BARBARA HADEN
10202 HIGHWAY 613
LUCEDALE  MS 39452-3313

BEST EGG
ATTN BANKRUPTCY
PO BOX 42912
PHILADELPHIA  PA 19101-2912

BIENVILLE ORTHOPEDICS
6300 E LAKE BLVD
VANCLEAVE  MS 39565-6770

(P)BRYANT STATE BANK
ATTN BANKRYPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

CALIBER COLLISION
4127 BIENVILLE BLVD
OCEAN SPRINGS  MS 39564-5907

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CHERRY TECHNOLOGIES
ATTN BANKRUPTCY
2261 MARKET STREET
4869
SAN FRANCISCO  CA 94114-1612

COMENITY
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY BANK
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY CAPITAL BANK
BANKRUPTCY DEPART
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY CAPITAL BANK
PO BOX  183003
COLUMBUS  OH 43218-3003

(P)COMMUNITY MEDICAL CENTER
PO BOX 1007
LUCEDALE MS 39452-1007

COMMUNITY SURGICAL CEN
57 DEWEY ST
LUCEDALE  MS 39452-5707

CONCORA CREDIT
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON  OR 97076-4401

EXCLUDE

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

(D)(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

(P)CORTRUST BANK
PO BOX 7030
MITCHELL SD 57301-7030

```
CREDIT ONE BANK                         CURTIS HYATT                            (P)DISCOVER FINANCIAL SERVICES LLC
ATTN BANKRUPTCY DEPT                    9176 HWY 613                            PO BOX 3025
6801 CIMARRON RD                        LUCEDALE   MS 39452-3450                NEW ALBANY OH 43054-3025
LAS VEGAS   NV 89113-2273


DR EUGENE KEVIN OHEA                    EXPRESS SCRIPT                          FIRST NATAIONAL BANK
697 MANILA ST                           PO BOX 66562                            ATTN BANKRUPTCY
LUCEDALE  MS 39452-6505                 SAINT LOUIS   MO 63166-6562             PO BOX 5097
                                                                                SIOUX FALLS  SD 57117-5097


(P)FIRST NATIONAL BANK                  FIRST PREMIER BANK                      FIRST SAVINGS BANK
ATTN BANKRUPTCY                         3820 N LOUISE AVE                       ATTN BANKRUPTCY
1500 S HIGHLINE AVE                     SIOUX FALLS  SD 57107-0145              PO BOX 5096
SIOUX FALLS SD 57110-1003                                                       SIOUX FALLS  SD 57117-5096


FORD MOTOR CREDIT COMPANY LLC DEPARTMENT   GENESIS FS CARD SERV                 GEORGE CO HOSPITAL
CO AIS PORTFOLIO SERVICES  LLC          ATTN BANKRUPTCY                         PO BOX 607
4515 N SANTA FE AVE DEPT APS            PO BOX 4477                             LUCEDALE   MS 39452-0607
OKLAHOMA CITY   OK 73118-7901           BEAVERTON   OR 97076-4401


GEORGE REGIONAL HEALTH                  (P)KLARNA INC                           (P)KWIKCASH INC
15 LONDON ST                            ATTN BANKRUPTCY                         ATTN TODD GETZ
LUCEDALE   MS 39452-6170                PO BOX 8116                             28532 AIROSO STREET
                                        COLUMBUS OH 43201-0116                  RANCHO MISSION VIEJO CA 92694-1881


LINCOLN AUTOMOTIVE                      (P)DSNB MACY S                          MERRICK BANK CORP
ATTN BANKRUPTCY                         CITIBANK                                PO BOX 9201
PO BOX 542000                           1000 TECHNOLOGY DRIVE MS 777            OLD BETHPAGE  NY 11804-9001
OMAHA  NE 68154-8000                    O FALLON MO 63368-2239


PETAL CARD 1                            SBA                                     SBA
ATTN BANKRUPTCY DEPT                    2 N 20TH ST  SUITE 3                    CO US ATTORNEYS OFFI
PO BOX 105168                           BIRMINGHAM   AL 35203-4007              501 E COURT ST
ATLANTA   GA 30348-5168                                                         STE 4430
                                                                                JACKSON  MS 39201-5025


SBA                                     (P)SEZZLE INC                           SHELLPOINT MORTGAGE
CO US ATTY GEN                          BANKRUPTCY DEPARTMENT                   PO BOX 60535
950 PENNSYLVANIA AVE                    700 NICOLLET MALL                       CITY OF INDUSTRY  CA 91716-0535
WASHINGTON   DC 20530-0009              STE 640
                                        MINNEAPOLIS MN 55402-2050


SHERWIN WILLIAMS                        SINGING RIVER FCU                       (P)SPARROW FINANCIAL
ACCTS RECEIVABLE DEPT                   6006 HIGHWAY 63                         9450 SW GEMINI DR
1000 DELAWARE AVE                       MOSS POINT   MS 39563-9534              87446
MCCOMB  MS 39648-3828                                                           BEAVERTON OR 97008-7105
```

| | | |
|---|---|---|
| SYNCB<br>ATTN BANKRUPTCY<br>PO BOX 965065<br>ORLANDO  FL 32896-5065 | ~~EXCLUDE~~<br><br>~~(D)SYNCB~~<br>~~ATTN BANKRUPTCY~~<br>~~PO BOX 965065~~<br>~~ORLANDO   FL 32896-5065~~ | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 |
| TARGET CARD SERVICES<br>PO BOX 30171<br>TAMPA  FL 33630-3171 | TARGET NB<br>PO BOX 9475<br>MINNEAPOLIS  MN 55440-9475 | TBOM<br>14600 NORTHWEST<br>BEAVERTON  OR 97006 |
| ~~EXCLUDE~~<br><br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | DEBTOR<br><br>PAMELA THOMPSON HYATT<br>9176 HWY 613<br>LUCEDALE  MS 39452-3450 | ~~EXCLUDE~~<br><br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ |
| ~~EXCLUDE~~<br><br>~~(P)WARREN A  CUNTZ  T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ | | |