**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **PAMELA THOMPSON HYATT** | **CASE NO.:  25-51786-KMS** |

**TRUSTEE'S NOTICE & MOTION TO DISMISS CASE FOR NON-PAYMENT**

**PLEASE TAKE NOTICE** that a written Response to the Trustee's Notice and Motion to Dismiss Case for Non-Payment must be filed with the U.S. Bankruptcy Court Clerk's Office, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, within twenty-one (21) days of the date of this Notice.  Failure to timely file a Response will result in case dismissal.  A Response will result in the Motion being set for hearing on:  **Thursday, February 12th, 2026, at 10:00 a.m**., at the foregoing Court location, 7th Floor, Bankruptcy Courtroom.

      **1.**  Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on the 25th day of  November 2025.  The Chapter 13 Trustee moves to dismiss the instant case for non-payment.  No payments have been made since the filing of this instant case.

      **WHEREFORE PREMISES CONSIDERED** the Trustee requests dismissal of the instant case for failure to make plan payments as required by 11 U.S.C. § 1326.

**CERTIFICATE OF SERVICE**

      I, **WARREN A. CUNTZ, JR.,** Chapter 13 Trustee, certify that I have served electronically a true and correct copy of the above Notice and Motion to Dismiss Case for Non-Payment to:

| | |
|---|---|
| **David W. Ashbach, Esq., United States Trustee** | **USTPRegion05.JA.ECF@usdoj.gov** |
| **Thomas Carl Rollins, Jr., Esq., Attorney for Debtor** | **trollins@therollinsfirm.com** |

      DATED this the 7th day of January 2026.

             /s/ Warren A. Cuntz, Jr.
               Chapter 13 Trustee
               P O Box 3749
               Gulfport, MS 39505-3749
               Tel: (228) 831-9531
               Fax: (228) 831-9902
               Email:  wcuntzcourt@gport13.com