# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51786     **Case Name:** Pamela Thompson Hyatt

**Set:** 02/12/2026 10:00 am     **Chapter:** 13     **Type:** bk     **Judge** Katharine M. Samson

**matter**     Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 1/7/2026 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 01/28/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #18)

Response filed by the Debtor (Dkt. #19)

---

Minute Entry Re: (related document(s): [18] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 02/26/2026. Email received from Cuntz's office. (mcc)