

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 11, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                                           CHAPTER 13
PAMELA THOMPSON HYATT                        CASE NO.: 25-51786-KMS

### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR NON-PAYMENT (DKT. 18)

THIS MATTER came on for consideration of the Trustee's Motion to Dismiss for Non-Payment and the Court being advised that the parties have reached an agreement, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion is denied with the Debtor(s) default being addressed through selection of and compliance with the following option:

 Debtor(s) existing default shall be abated, and the Debtor(s) shall resume payments to the Trustee effective with the plan payment due before noon on February 27th, 2026, in the amount of $ .

 **Debtor shall pay a lump sum of $4,869.00 to the Trustee before noon on February 27th, 2026. Should the Debtor fail to make the foregoing payment within the specified time frame, Debtor(s) case shall be dismissed without further motion, notice or hearing upon the Trustee submitting an Order Dismissing Case to the Court.** Should the Debtor(s) make the foregoing payment within the specified time frame, any remaining default shall be abated and the Debtor shall resume payments to the Trustee effective with the plan payment due before noon on March 31st, 2026, in an amount to be determined by the Trustee.

All options in this Agreed Order require the Debtor to resume the plan payment by a certain date. **Failure to resume by the specified date will result in the case being dismissed without further notice, motion or hearing upon the Trustee submitting an Order Dismissing to the Court.** Should the Debtor resume the initial payment but default in future plan payments, Debtor shall have sixty (60) days from the date of any arising default to cure the default, failing which the case will be dismissed without further notice, motion or hearing upon the Trustee submitting an Order Dismissing to the Court.

### ##END OF ORDER##

Submitted by:                                    Approved by:

/s/ Warren A. Cuntz, Jr., Trustee          /s/ Thomas Carl Rollins, Jr., Esq.          w/permission
**Warren A. Cuntz, Jr., Trustee**          **Thomas Carl Rollins, Jr., Esq.**
**Chapter 13 Trustee**                          **Atty for the Debtor, MSB #103469**
P.O. Box 3749                                       P O Box 13767
Gulfport, MS 39505-3749                        Jackson, MS 39236
Tel: (228) 831-9531                               Tel: (601)500-5533