United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51786-KMS
Pamela Thompson Hyatt     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 4
Date Rcvd: Mar 03, 2026     Form ID: ntcdsm     Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Thompson Hyatt, 9176 Hwy 613, Lucedale, MS 39452-3450 |
| 5594816 | + | Barbara Haden, 10202 Highway 613, Lucedale, MS 39452-3313 |
| 5594818 | + | Bienville Orthopedics, 6300 E Lake Blvd, Vancleave, MS 39565-6770 |
| 5594820 | + | Caliber Collision, 4127 Bienville Blvd, Ocean Springs, MS 39564-5907 |
| 5594829 | + | Community Surgical Cen, 57 Dewey St, Lucedale, MS 39452-5707 |
| 5594835 | | Curtis Hyatt, 9176 Hwy 613, Lucedale, MS 39452-3450 |
| 5594837 | + | Dr Eugene Kevin O'Hea, 697 Manila St, Lucedale, MS 39452-6505 |
| 5594838 | + | Express Script, P.O. Box 66562, Saint Louis, MO 63166-6562 |
| 5594844 | + | George Co. Hospital, P.O. Box 607, Lucedale, MS 39452-0607 |
| 5594845 | + | George Regional Health, 15 London St, Lucedale, MS 39452-6170 |
| 5594857 | + | Sherwin Williams, Accts Receivable Dept, 1000 Delaware Ave, McComb, MS 39648-3828 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 04 2026 00:33:00 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2026 19:36:12 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Mar 03 2026 19:38:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, SC 29603-0826 |
| 5594811 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 03 2026 19:36:12 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5594812 | ^ | MEBN | Mar 03 2026 19:32:31 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5594813 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2026 19:36:18 | Ally Credit Card, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5594814 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 03 2026 19:38:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5594815 | + | Email/Text: bk@avant.com | Mar 03 2026 19:39:00 | Avant, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5594819 | | Email/Text: BNBSB@capitalsvcs.com | Mar 03 2026 19:38:00 | Bryant State Bank, Attn: Bankruptcy Dept, Po Box 215, Bryant, SD 57221 |
| 5594817 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 03 2026 19:36:12 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5594828 | | Email/Text: srutledge@georgeregional.com | Mar 03 2026 19:38:00 | Community Medical Cent, P.O. Box 1007, |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: ntcdsm | Total Noticed: 71 |

| Recip # | | Method | Date | Address |
|---|---|---|---|---|
| | | | | Lucedale, MS 39452-1007 |
| 5594832 | | Email/Text: cfcbackoffice@contfinco.com | Mar 03 2026 19:38:00 | Continental Finance Co, Attn: Bankruptcy, 4550 New Linden, Hill Rd, Wilmington, DE 19808 |
| 5594831 | | Email/Text: cfcbackoffice@contfinco.com | Mar 03 2026 19:38:00 | Continental Finance Co, Attn: Bankruptcy Dept, Po.Box 3220, Buffalo, NY 14240 |
| 5594833 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Mar 03 2026 19:38:00 | CorTrust Bank, Attn: Bankruptcy, Po Box 7030, Mitchell, SD 57301 |
| 5594821 | + | EDI: CAPITALONE.COM | Mar 04 2026 00:33:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5594822 | ^ | MEBN | Mar 03 2026 19:32:14 | Cherry Technologies, Attn: Bankruptcy, 2261 Market Street, #4869, San Francisco, CA 94114-1612 |
| 5614295 | | EDI: CITICORP | Mar 04 2026 00:33:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5594823 | + | EDI: WFNNB.COM | Mar 04 2026 00:33:00 | Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5594824 | + | EDI: WFNNB.COM | Mar 04 2026 00:33:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5594825 | + | EDI: WFNNB.COM | Mar 04 2026 00:33:00 | Comenity Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5594826 | + | EDI: WFNNB.COM | Mar 04 2026 00:33:00 | Comenity Capital Bank, Bankruptcy Depart, Po Box 182125, Columbus, OH 43218-2125 |
| 5594827 | | EDI: WFNNB.COM | Mar 04 2026 00:33:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 5594830 | + | EDI: PHINGENESIS | Mar 04 2026 00:33:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5594834 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2026 19:36:12 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5594836 | | EDI: DISCOVER | Mar 04 2026 00:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5594849 | | EDI: CITICORP | Mar 04 2026 00:33:00 | Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5594840 | | Email/Text: BNSFN@capitalsvcs.com | Mar 03 2026 19:38:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 5594839 | + | Email/Text: BNSFN@capitalsvcs.com | Mar 03 2026 19:38:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5594841 | + | EDI: AMINFOFP.COM | Mar 04 2026 00:33:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5594842 | + | Email/Text: BNBLAZE@capitalsvcs.com | Mar 03 2026 19:38:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117-5096 |
| 5596346 | + | EDI: AISACG.COM | Mar 04 2026 00:33:00 | Ford Motor Credit Company LLC Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5607440 | + | EDI: AISACG.COM | Mar 04 2026 00:33:00 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5594843 | + | EDI: PHINGENESIS | Mar 04 2026 00:33:00 | Genesis FS Card Serv, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5610643 | | EDI: JEFFERSONCAP.COM | Mar 04 2026 00:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5594846 | | Email/Text: customerservice.us@klarna.com | Mar 03 2026 19:38:00 | Klarna, PO Box 8116, Columbus, OH 43201 |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: ntcdsm | Total Noticed: 71 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5594847 | | Email/Text: todd@kwikcashonline.com | Mar 03 2026 19:38:00 | Kwikcash, Inc., 9150 Irvine Center Dr, Irvine, CA 92618 |
| 5610567 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2026 19:36:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594848 | + | Email/Text: EBNBKNOT@ford.com | Mar 03 2026 19:39:00 | Lincoln Automotive, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 5608555 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2026 19:36:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5594850 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2026 19:36:12 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5618224 | | EDI: PRA.COM | Mar 04 2026 00:33:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5594851 | + | Email/Text: bankruptcy@petalcard.com | Mar 03 2026 19:38:53 | Petal Card 1, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 5602703 | + | EDI: JEFFERSONCAP.COM | Mar 04 2026 00:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5615885 | | EDI: Q3G.COM | Mar 04 2026 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5615883 | | EDI: Q3G.COM | Mar 04 2026 00:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5603087 | | EDI: Q3G.COM | Mar 04 2026 00:33:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5610572 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2026 19:36:12 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594854 | ^ | MEBN | Mar 03 2026 19:32:22 | SBA, c/o US Atty Gen, 950 Pennsylvania Ave, Washington, DC 20530-0009 |
| 5594853 | + | Email/Text: ebone.woods@usdoj.gov | Mar 03 2026 19:39:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5594852 | + | Email/Text: bankruptcynotices@sba.gov | Mar 03 2026 19:38:00 | SBA, 2 N. 20th St., Suite 3, Birmingham, AL 35203-4007 |
| 5594855 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Mar 03 2026 19:38:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |
| 5594859 | | Email/Text: hello@sparrowcard.com | Mar 03 2026 19:38:00 | Sparrow Financial Inc, 9450 Sw Gemini Drive, Beaverton, OR 97008 |
| 5594856 | ^ | MEBN | Mar 03 2026 19:32:19 | Shellpoint Mortgage, P.O. Box 60535, City of Industry, CA 91716-0535 |
| 5594858 | + | Email/Text: lynn.simmers@srfcu.org | Mar 03 2026 19:39:00 | Singing River FCU, 6006 Highway 63, Moss Point, MS 39563-9534 |
| 5594860 | + | EDI: SYNC | Mar 04 2026 00:33:00 | Syncb, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5594862 | + | EDI: SYNC | Mar 04 2026 00:33:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5594863 | ^ | MEBN | Mar 03 2026 19:32:44 | Target Card Services, P.O. Box 30171, Tampa, FL 33630-3171 |
| 5594864 | + | EDI: WTRRNBANK.COM | Mar 04 2026 00:33:00 | Target NB, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5594865 | | EDI: PHINGENESIS | Mar 04 2026 00:33:00 | Tbom, 14600 Northwest, Beaverton, OR 97006 |
| 5619690 | | Email/Text: mtgbk@shellpointmtg.com | | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Mar 03, 2026 | Form ID: ntcdsm | Total Noticed: 71 |

|  |  |  |
|---|---|---|
|  | Mar 03 2026 19:38:00 | The Bank of New York Mellon, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5628365 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594861 | *+ | Syncb, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Pamela Thompson Hyatt trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−51786−KMS
Chapter: 13

In re:
    Pamela Thompson Hyatt
    aka Pamela Dawn Hyatt, aka Pamela
    Thompson Dawn Hyatt, aka Pamela D.
    Hyatt
    9176 Hwy 613
    Lucedale, MS 39452

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−4899

Employer Tax Identification No(s). (if any):

## **Notice of Dismissal**

You are hereby notified that an Order Dismissing the above case was entered on March 3, 2026.

Dated: 3/3/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790